Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA  94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHAEL MALDONADO SANCHEZ


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEAN TURK (#131517)
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8935
jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MALDONADO SANCHEZ, | Case No.  1:15-cv-01223- BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their

undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action.

                                            Respectfully submitted,

Dated: April 18, 2016                       NEWEL LAW

                                By:   *Melissa Newel*
                                        Melissa Newel
                                        Attorney for Plaintiff
                                        MICHAEL MALDONADO SANCHEZ

Dated: April 19, 2016                       BENJAMIN B. WAGNER
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                  By:   `Jean Turk*`
                                        JEAN TURK
                                        (*authorized by email dated 04/19/2016*)
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation of dismissal (Doc. 12), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **May 31, 2016**                 /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE